UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA TREVINO, | Case No.  5:26-cv-06694 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to 5:26-cv-06534 VKD, *Alexis Fennessy, et al v. Google, LLC*.

Dated: July 1, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-06694 NC
SUA SPONTE JUDICIAL REFERRAL